GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:        John_Reichmuth@fd.org

Counsel for Defendant WILLIAMS

FILED

Jul 23 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN WILLIAMS, <br><br> Defendant. | Case No.: CR 21–70415 MAG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS/DETENTION HEARING AND UNSEAL CASE** |

IT IS HEREBY STIPULATED, by and between the parties to this action, the DETENTION HEARING and STATUS on PRELIMINARY HEARING presently set for July 23, 2021 at 1:00 p.m. before Hon. Susan van Keulen be CONTINUED until July 29, 2021 at 1:00 p.m.  The Parties also stipulate that this case be UNSEALED.

The reason for this request is that the parties need additional time to prepare for the detention hearing, because a scheduled interview was canceled without notice.  An interview has been scheduled for July 23, 2021.  The parties also agree that there is no reason to maintain this case under seal.

STIP. AND [PROPOSED] ORDER TO CONTINUE

1

The parties agree and stipulate that the time until July 29, 2021 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the parties jointly request that the court find good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The continuance is necessary to accommodate defense preparation.

DATED:   July 23, 2021              _____/S/_____
                                    JOHN PAUL REICHMUTH
                                    Assistant Federal Public Defender

DATED:   July 23, 2021              _____/S/_____
                                    MOLLY K. PRIEDEMAN
                                    Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that for adequate preparation of the case by defense counsel and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT time be excluded from July 23, 2021 to July 29, 2021.

Furthermore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the setting of preliminary hearing for July 29,

STIP. AND [PROPOSED] ORDER TO CONTINUE

2021 at 1:00 p.m., based on the parties' showing of good cause to waive time under Rule 5.1, from July 23, 2021 to July 29, 2021, and finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).  Accordingly, IT IS HEREBY ORDERED THAT the waiver of time under Rule 5.1 is effective from July 23, 2021 to July 29, 2021.  Further, it is

ORDERED that this case be UNSEALED.

IT IS SO ORDERED.

DATED: July __23_, 2021

_____
Hon. Susan van Keulen
United States Magistrate Judge