|   |   |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| 2 | Acting Federal Public Defender |
|   | Northern District of California |
| 3 | JOHN PAUL REICHMUTH |
|   | Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N |
|   | 1301 Clay Street |
| 5 | Oakland, CA 94612 |
|   | Telephone:   (510) 637-3500 |
| 6 | Facsimile:    (510) 637-3507 |
|   | Email:          John_Reichmuth@fd.org |

**FILED**

Sep 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 21–70415 MAG |
|---|---|
| Plaintiff, | **ORDER OF RELEASE OF NATHAN WILLIAMS ON MONDAY, SEPTEMBER 20, 2021, NO LATER THAN 10 A.M. TO ATTEND DENTAL APPOINTMENT** |
| v. | |
| NATHAN WILLIAMS, | |
| Defendant. | |

**ORDER**

Following a hearing on this matter, IT IS HEREBY ORDERED:

Nathan Williams is to be released from custody on the morning of September 20, 2021 no later than 10:00 AM to attend a dental appointment on that date. The dental appointment is scheduled for 1:45 p.m. at Richmond Dental, 265 6th St., Richmond, CA. He shall attend his dental appointment on that date and remain at all times in the custody of his surety and custodian Camilla Lyles. Upon completion of the appointment, Ms. Lyles will immediately return Mr. Williams to Santa Rita on

[~~PROPOSED~~] ORDER

1

September 20, 2021 by 6:00pm to return to custody where he shall remain until informed that he can report to the Residential Reentry Center. In the event that a further dental appointment is necessary, defendant may again seek leave of court.

Upon release to the Geo facility, defendant shall report to the Pretrial Services Agency upon release by telephone and as directed thereafter.

IT IS SO ORDERED.

DATED: September _17_ 2021

_____
Hon. Susan van Keulen
United States Magistrate Judge

cc:USMS/PTS

[PROPOSED] ORDER